THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorney for Plaintiff
CRAIG YATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>          Plaintiff,<br><br>v.<br><br>LEE'S SANDWICHES; GOLDEN MCM INVESTMENT LLC; and MCM INVESTMENTS, INC., a California Corp dba LEE'S SANDWICHES,<br><br>          Defendants. | **CASE NO.  CV-13-0931-EMC**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**<br><br><br><br>Honorable Edward M. Chen |

Plaintiff CRAIG YATES and defendants GOLDEN MCM INVESTMENT LLC; and MCM INVESTMENTS, INC., a California Corp dba LEE'S SANDWICHES, by and through their respective attorney of record stipulate to continue the Case Management Conference set for February 20, 2014, at 10:30 a.m.

    1.    **Whereas**, the parties are currently in the process of conducting a mediation; and

    2.    **Whereas**, the parties believe it would be in the interests of efficiency and economy to continue the Case Management Conference to sometime after the mediation has been completed; and

1       3.     **Therefore**, the parties respectfully request that the Case Management Conference

2 currently scheduled for Thursday, February 20, 2014, at 10:30 a.m. location 450 Golden Gate

3 Avenue, San Francisco, California be continued up to and including ninety (90) days, and/or to a date

4 that is convenient to the Court.

5       **IT IS SO STIPULATED.**

6     This stipulation may be executed in counterparts and have the same force and effect as

7 though all signatures are on the same and/or consecutive pages. Photocopies and facsimile shall

8 have the same force and effect as originals.

9

10                           Respectfully submitted,

11

12 Dated: February 18, 2014           THOMAS E. FRANKOVICH, ESQ.,
                                      **A PROFESSIONAL LAW CORPORATION**

13

14

15                           By: ___/s/Thomas E. Frankovich_____
                                     Thomas E. Frankovich

16                           Attorney for Plaintiff CRAIG YATES

17 ///

18 ///

19 ///

20

21 ///

22 ///

23 ///

24 ///

25

26 ///

27 ///

28

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**
**CASE NO. CV-13-0931-EMC**       2

1 | Dated: February 19, 2014           Michael Welch,
                                      MICHAEL WELCH + ASSOCIATES

                                      By: _____/s/Michael Welch_____
                                      Michael Welch
                                      Attorneys for Defendants GOLDEN MCM
                                      INVESTMENT LLC; and MCM INVESTMENTS,
                                      INC., a California Corp dba LEE'S SANDWICHES

## ORDER

**IT IS SO ORDERED** that the Case Management Conference set for Thursday, February 20, 2014, is vacated and/or continued to ___5/29/14___, 2014, at___10:30___a.m./ ~~p.m.~~ The parties shall file a Joint Case Management Statement no later than seven (7) days prior to the Conference.

Dated: ___2/19___, 2014

**IT IS SO ORDERED AS MODIFIED**

Judge Edward M. Chen

Hon. _____
United States District Judge
Northern District of California

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**
**CASE NO. CV-13-0931-EMC**                                                              3