1  THOMAS E. FRANKOVICH (S.B.N. 074414)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  4328 Redwood Hwy, Suite 300
   San Rafael, CA 94109
4  Telephone:   415/444-5800
5  Facsimile:   415/444-5805

6  Attorney for Plaintiff
7  CRAIG YATES, an individual

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 CRAIG YATES, an individual,            )  **CASE NO. CV-13-0931-EMC**
                                          )
12         Plaintiff,                     )  **UPDATED JOINT CASE**
                                          )  **MANAGEMENT STATEMENT**
                                          )    ORDER
13                                        )  **Date:**       September 18, 2014
   v.                                     )  **Time:**       10:30 a.m.
14                                        )  **Judge:**      Honorable Edward M. Chen
                                          )  **Location:**   Courtroom 5, 17th Floor
15 LEE'S SANDWICHES; GOLDEN MCM           )                  450 Golden Gate
16 INVESTMENT LLC; and MCM                )                  San Francisco, CA
   INVESTMENTS, INC., a California Corp dba)
17 LEE'S SANDWICHES,                      )  **Tele:**       (415) 522-2034
                                          )
18         Defendant.                     )
19                                        )
                                          )  **Complaint Filed: March 1, 2013**
20 _____)

21

22

23     Pursuant to Civil Local Rule 16-9 and the Court's Order dated September 8, 2014, the

24 parties to the above-captioned action jointly submit this Case Management Statement.

25 ///

26 ///

27 ///

28 ///

---

PLAINTIFF'S UPDATED JOINT CASE MANAGEMENT STATEMENT        CASE NO. CV-13-cv-0931-EMC

1

1. **SETTLEMENT/ADR**

   **Plaintiff's Position:**

   The Mediation held on September 9, 2014, was unsuccessful the case did not settle. Plaintiff suggests that a Settlement Conference be set at the Court's convenience.

   **Defendant's Position:**

   The Mediation held on September 9, 2014, was unsuccessful the case did not settle. Defendants agree that a Settlement Conference be set at the Court's convenience. Defendant's Counsel would like to request to appear by telephone as I have three (3) other Status Conferences in three (3) other ADA cases on June 18, 2014 in U.S. District Court in Sacramento, CA

Dated: September 11, 2014         THOMAS E. FRANKOVICH, ESQ.
                                  **A PROFESSIONAL LAW CORPORATION**

                                  By: _/s/ Thomas E. Frankovich_____
                                       Thomas E. Frankovich
                                       Attorney for Plaintiff CRAIG YATES, an individual

Dated: September 11, 2014         MICHAEL WELCH + ASSOCIATES

                                                          Authorized
                                                          Electronic signature

                                  By: _/s/ Michael Welch_____
                                       Michael Welch
                                       Attorneys for Defendants GOLDEN MCM INVESTMENT LLC and MCM INVESTMENTS, INC., a California Corp dba LEE'S SANDWICHES

IT IS SO ORDERED that telephonic appearance for both counsel is allowed. The Court will call counsel between 10:30 to 11:30 a.m.

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

PLAINTIFF'S UPDATED JOINT CASE MANAG...                    CASE NO. CV-13-cv-0931-EMC
2