THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA    94903
Telephone:  415/674-8600
Facsimile:   415/674-9900
tfrankovich@disabilitieslaw.com

Attorney For Plaintiff CRAIG YATES, an individual

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual | CASE NO.   3:13- cv-00931 EMC- EDL) |
| Plaintiffs, | |
| v. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
| LEE'S SANDWICHES; GOLDEN MCM INVESTMENT LLC; and MCM INVESTMENTS, INC., a California Corp dba LEE'S SANDWICHES | |
| Defendants. | |

        The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice  pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: December 23, 2014                    THOMAS E. FRANKOVICH
                                            *A PROFESSIONAL LAW CORPORATION*

                                    By*:*___*/s/ Thomas E. Frankovich*____
                                            Thomas E. Frankovich
                                    Attorney for Plaintiff CRAIG YATES

Dated: December 23, 2014            MICHAEL WELCH + ASSOCIATES
                                                            Signature approved

                                    By: _/s/ Michael D. Welch____
                                            Michael D. Welch
                                    Attorney for Defendants GOLDEN MCM
                                    INVESTMENT LLC; and MCM INVESTMENTS,
                                    INC., a California Corp dba LEE'S SANDWICHES

### **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: ____1/9/15____, 2014

Honor~~able Elizabeth D Laporte~~        Edward M. Chen
~~UNITED STATES~~ DISTRICT JUDGE

IT IS SO ORDERED

Judge Edward M. Chen